IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DENNIS JAMES SMITH, SR.**                                                                                      **PLAINTIFF**
**ADC #120631**

v.                                    **CASE NO. 2:22-CV-00081-BSM**

**CALVIN ARNETT,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE